Michelle L. Roberts (SBN: 239092)
mroberts@kantorlaw.net
KANTOR & KANTOR, LLP
1050 Marina Village Pkwy., Suite 105
Alameda, California 94501
Telephone: (510) 992-6130
Facsimile: (510) 280-7564

Glenn R. Kantor (SBN: 122643)
gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, California 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
DAVID FORER

Rassa L. Ahmadi (SBN 287576)
**JACKSON LEWIS P.C.**
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618
Tel: (949) 885-1360
Fax: (949) 885-1380
E-mail: Rassa.Ahmadi@jacksonlewis.com

Ashley B. Abel (Pro Hac Vice)
**JACKSON LEWIS P.C.**
15 S. Main Street, Suite 700
Greenville, SC 29601
Tel: (864) 232-7000
Fax (864) 235-1381
E-mail: Abela@jacksonlewis.com

Attorneys for Defendants PFIZER INC.,
MEDIVATION, INC. 2015 EMPLOYEE
SEVERANCE PLAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FORER,<br><br>         Plaintiff,<br>   vs.<br><br>PFIZER INC., MEDIVATION, INC. 2015 EMPLOYEE SEVERANCE PLAN,<br><br>         Defendants. | CASE NO.: 3:17–cv–05997–EMC<br><br>STIPULATION DISMISSING ACTION WITH PREJUDICE AND [PROPOSED] ORDER |

   IT IS HEREBY STIPULATED by and between the Plaintiff David Forer and Defendants' Pfizer Inc. and Medivation, Inc. 2015 Employee Severance Plan, by and through their respective attorneys of record, that the above captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own fees and costs.

//

All signatories to this Stipulation, and all parties on whose behalf the filing is submitted, concur with the Stipulation's content and have authorized its filing.

DATED: August 8, 2018          KANTOR & KANTOR, LLP

                               By:   /s/ Michelle L. Roberts
                                     Michelle L. Roberts
                                     Attorneys for Plaintiff,
                                     David Forer

DATED: August 8, 2018          JACKSON LEWIS P.C.

                               By:   /s/ Rassa L. Ahmadi
                                     Rassa L. Ahmadi
                                     Attorneys for Defendant,
                                     Pfizer Inc., Medivation, Inc. 2015 Severance Plan

# [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

IT IS HEREBY ORDERED that pursuant to the parties' Stipulation for Dismissal of Action with Prejudice and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and hereby is dismissed with prejudice in its entirety as to all claims and parties. Each party shall bear its own attorney's fees and costs.

Dated: August 14, 2018         _____
                               Judge Edward M. Chen

IT IS SO ORDERED
/s/ Judge Edward M. Chen